# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF RESIGNATION
OF THOMAS R.C. WILSON II, BAR NO.
1568.

No. 71960

FILED

JAN 06 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER GRANTING PETITION FOR RESIGNATION

This is a joint petition by the State Bar of Nevada and attorney Thomas R. C. Wilson II, by and through his Attorney-in-Fact Janice Pine, for his resignation from the Nevada bar.

SCR 98(5) provides that Nevada attorneys who are not actively practicing law in this state may resign from the state bar if certain conditions are met. The petition includes statements from state bar staff confirming that no disciplinary, fee dispute arbitration, or client security fund matters are pending against Wilson; and that he is current on all membership fee payments and other financial commitments relating to his practice of law in this state. *See* SCR 98(5)(a)(1)-(2).

Bar counsel has recommended that the resignation be approved, and the Board of Governors has approved the application for resignation. *See* SCR 98(5)(a)(2). Pine acknowledges that Wilson's resignation is irrevocable and that the state bar retains continuing jurisdiction with respect to matters involving a past member's conduct

16-00452

prior to resignation. *See* SCR 98(5)(c)-(d). Finally, Pine has submitted an affidavit of compliance with SCR 115 on Wilson's behalf. *See* SCR 98(5)(e).

The petition satisfies the requirements of SCR 98(5). Accordingly, we approve attorney Thomas R. C. Wilson II's resignation. SCR 98(5)(a)(2). The petition is hereby granted.

It is so ORDERED.

_____, C.J.
Cherry

_____, J.        _____, J.
Douglas                                Gibbons

_____, J.        _____, J.
Pickering                              Hardesty

_____, J.        _____, J.
Parraguirre                            Stiglich

cc:    Thomas R. C. Wilson II
       Janice Pine
       C. Stanley Hunterton, Bar Counsel, State Bar of Nevada
       Kimberly K. Farmer, Executive Director, State Bar of Nevada
       Perry Thompson, Admissions Officer, U.S. Supreme Court